SCHIFF HARDIN LLP
Eliot S. Jubelirer, CSB #61654
ejubelirer@schiffhardin.com
Rocky N. Unruh, CSB #84049
runruh@schiffhardin.com
One Market
Spear Street Tower, Suite 3200
San Francisco, CA 94105
Telephone: 415-901-8700
Facsimile: 415-901-8701

BRADLEY ARANT BOULT CUMMINGS LLP
E. Mabry Rogers (*pro hac vice* application to be submitted)
mrogers@babc.com
D. Bryan Thomas (*pro hac vice* application to be submitted)
dbthomas@babc.com
One Federal Place
1819 Fifth Ave.
North Birmingham, AL 35203
Telephone: 205-521-8000
Facsimile: 205-521-8800

Attorneys for Use Plaintiff
SHARED SYSTEMS TECHNOLOGY, INC.
(PULLMAN)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SHARED SYSTEMS TECHNOLOGY, INC. (PULLMAN), a corporation,<br><br>        Plaintiff,<br><br>v.<br><br>AMEC ENVIRONMENT & INFRASTRUCTURE, INC., a corporation; and ZURICH AMERICAN INSURANCE COMPANY, a corporation,<br><br>        Defendants. | Case No. 3:14-CV-02871-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: June 20, 2014<br>Current CMC Date: October 2, 2014 |

Plaintiff, Shared Systems Technology, Inc. (Pullman) ("SST"), and defendant

AMEC Environment & Infrastructure, Inc. ("AMEC") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to (1) a 60-day continuance of the Case Management Conference ("CMC") (and all dates associated therewith), currently set for October 2, 2014, and (2) an extension of Defendants' time to respond to the Complaint from September 29, 2014, to and including November 21, 2014.[1]  The Parties' stipulation is based on the following facts:

    1.    SST filed a Complaint to Recover on Payment Bond (Miller Act) ("Complaint") on June 20, 2014.  The case was initially assigned to Magistrate Elizabeth LaPorte.

    2.    The action arises out of a federal construction project to stabilize and repair exterior walls of the cellhouse on Alcatraz Island.  SST was a sub-subcontractor on the project; AMEC was the general contractor; and Zurich issued the Miller Act payment bond.

    3.    SST commenced this action in June to stop the running of the statute of limitations.  However, at the time the action was commenced, the parties planned to participate in a multi-party mediation session before mediator, Randall Wulff of Wulff Quinby Sochynsky.  After the mediation session before Mr. Wulff, the Parties negotiated basic terms for a settlement that, if finalized, will result in a dismissal of this action.

    4.    The settlement negotiated by the Parties has taken and will continue to take additional time to finalize and document because it involves a complex liquidation, sharing and pass-through agreement.  The settlement is complex because it involves the Contract Disputes Act, the application of relevant FAR provisions, ongoing litigation between AMEC and the subcontractor with which SST contracted, and this pending case under the Miller Act.  The Parties hope to be able to agree on all of the detailed terms

---

[1] Defendant, Zurich American Insurance Company ("Zurich"), has been served with the Complaint but has not yet entered an appearance given the ongoing settlement negotiations, in an effort to minimize attorneys' fees.  SST has agreed to extend both Defendants' time to respond to the Complaint.  It is defendant AMEC's understanding that Zurich will file the appropriate notice of appearance and Answer should the parties fail to finalize the terms of the settlement agreement reached.

1   and finalize a settlement agreement within the next 30 days.

2       5.      All defendants have been served with the Complaint, and there have been

3   three prior stipulations extending their time to respond.  Defendants' response is now

4   due on September 29, 2014.

5       6.      On July 29, 2014, SST filed a declination of assignment to Magistrate

6   LaPorte, and the case was thereafter assigned to this Court.

7       7.      On July 31, 2014, the Clerk issued a notice setting the initial CMC in this

8   Court for October 2, 2014.

9       8.      The Parties wish to avoid the time and expense of responding to the

10  Complaint, making initial Rule 26 disclosures, engaging in a Rule 26(f) conference, and

11  preparing for and attending the CMC, while they finalize and document the settlement

12  they have negotiated.  This settlement, when finalized and documented, will result in a

13  dismissal of this case.

14      9.      The Parties, therefore, respectfully request that:  (1) Defendants' time to

15  respond to the Complaint be extended to and including November 21, 2014; (2) the CMC

16  be continued for 60 days, until early December, 2014 on a date convenient to the Court;

17  and (3) the dates for filing the Rule 26(f) report, completing initial disclosures, and filing

18  the Joint CMC statement be continued until one week before the new CMC date.

19

20

21

22

23

24

25

26

27

28

1    Dated:  September 8, 2014                Respectfully submitted,

2                                             SCHIFF HARDIN LLP

3

4                                             By:/s/ Rocky N. Unruh
                                                  Rocky N. Unruh (SBN  84049)
5                                                 One Market Plaza, Spear Street Tower
                                                  32nd Floor
6                                                 San Francisco, CA  94105
                                                  Telephone: 415-901-8700
7                                                 Facsimile: 415-901-8701

8                                             BRADLEY ARANT BOULT CUMMINGS LLP
                                                  E. Mabry Rogers (*pro hac vice* application
9                                                 to be submitted)
                                                  mrogers@babc.com
10                                                D. Bryan Thomas (*pro hac vice* application
                                                  to be submitted)
11                                                dbthomas@babc.com
                                                  One Federal Place
12                                                1819 Fifth Ave.
                                                  North Birmingham, AL  35203
13                                                Telephone: 205-521-8000
                                                  Facsimile: 205-521-8800
14
                                                  Attorneys for Plaintiff
15                                                SHARED SYSTEMS TECHNOLOGY, INC.
                                                  (PULLMAN)
16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  September 8, 2014                    KILPATRICK TOWNSEND & STOCKTON
                                             LLP


                                             By:/s/ Holly Gaudreau
                                                 Holly Gaudreau (SBN 209114)
                                                 hgaudreau@kilpatricktownsend.com
                                                 Eighth Floor, Two Embarcadero Center
                                                 San Francisco, CA  94111
                                                 Telephone: 415-576-0200
                                                 Facsimile: 415-576-0300

                                                 Chad V. Theriot (*pro hac vice* application to
                                                 be submitted)
                                                 ctheriot@kilpatricktownsend.com
                                                 Elizabeth H. Crabtree (*pro hac vice*
                                                 application to be submitted)
                                                 lcrabtree@kilpatricktownsend.com
                                                 11000 Peachtree Street NE, Suite 2800
                                                 Atlanta, GA  30309-4528
                                                 Telephone: 404-815-6500
                                                 Facsimile: 404-815-6555

                                                 Attorneys for Defendants
                                                 AMEC ENVIRONMENT &
                                                 INFRASTRUCTURE, INC.


## ORDER

Pursuant to the Parties' stipulation and for good cause shown, IT IS HEREBY

ORDERED that:

1.      Defendants' time to respond to the Complaint shall be extended to and

including November 21, 2014;

2.      The Case Management Conference shall be continued from October 2,

2014, until  12/11/14  at 10:00 a.m.; and

3.      All other deadlines associated with the Case Management Conference,

including the filing of the Rule 26(f) report, completing initial disclosures, and filing the

Joint Case Management Conference statement, shall be continued until one week before

the new CMC date.  The Parties shall comply with this Court's Standing Order re: Initial

1    Case Management and the Standing Order for All Judges of the Northern District of

2    California re: Contents of Joint Case Management Statements.

3

4    Dated: _September 8_____, 2014

5                                                Richard Seeborg
                                                 United States District Judge
6    SF\321180627.2

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28