| | |
|---|---|
| 1 | SCHIFF HARDIN LLP |
| | Eliot S. Jubelirer, CSB #61654 |
| 2 | ejubelirer@schiffhardin.com |
| | Rocky N. Unruh, CSB #84049 |
| 3 | runruh@schiffhardin.com |
| | One Market |
| 4 | Spear Street Tower, Suite 3200 |
| | San Francisco, CA  94105 |
| 5 | Telephone:    415-901-8700 |
| | Facsimile:     415-901-8701 |
| 6 | |
| | BRADLEY ARANT BOULT CUMMINGS LLP |
| 7 | E. Mabry Rogers (*pro hac vice* application to be submitted) |
| 8 | mrogers@babc.com |
| | D. Bryan Thomas (*pro hac vice* application to be |
| 9 | submitted) |
| | dbthomas@babc.com |
| 10 | One Federal Place |
| | 1819 Fifth Ave. |
| 11 | North Birmingham, AL  35203 |
| | Telephone:    205-521-8000 |
| 12 | Facsimile:     205-521-8800 |
| 13 | Attorneys for Use Plaintiff |
| | SHARED SYSTEMS TECHNOLOGY, INC. |
| 14 | (PULLMAN) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | UNITED STATES OF AMERICA for the use and benefit of SHARED SYSTEMS | |
| 19 | TECHNOLOGY, INC. (PULLMAN), a corporation, | Case No.  3:14-CV-02871-RS |
| 20 | | |
| 21 | Plaintiff, | **STIPULATION AND  ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO RESPOND TO COMPLAINT** |
| 22 | v. | |
| 23 | AMEC ENVIRONMENT & INFRASTRUCTURE, INC., a | Complaint Filed: June 20, 2014 |
| 24 | corporation; and ZURICH AMERICAN INSURANCE COMPANY, a | Current CMC Date:  October 2, 2014 |
| 25 | corporation, | |
| 26 | Defendants. | |

27    Plaintiff, Shared Systems Technology, Inc. (Pullman) ("SST"), and defendant

28    AMEC Environment & Infrastructure, Inc. ("AMEC") (collectively, the "Parties"), by and

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO.  3:14-CV-02871-RS

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND EXTENDING TIME TO RESPOND TO COMPLAINT**

through their undersigned counsel, hereby stipulate to (1) a 60-day continuance of the Case Management Conference ("CMC") (and all dates associated therewith), currently set for December 11, 2014, and (2) an extension of Defendants' time to respond to the Complaint from November 21, 2014, to and including January 20, 2015.[1]  The Parties' stipulation is based on the following facts:

    1.    SST filed a Complaint to Recover on Payment Bond (Miller Act) ("Complaint") on June 20, 2014.  The case was initially assigned to Magistrate Elizabeth LaPorte.

    2.    The action arises out of a federal construction project to stabilize and repair exterior walls of the cellhouse on Alcatraz Island.  SST was a sub-subcontractor on the project; AMEC was the general contractor; and Zurich issued the Miller Act payment bond.  SST's contract on the project was with Spectrum Services Group ("Spectrum").  Spectrum is not a party to this case but has brought its own separate action against AMEC.

    3.    SST commenced this action in June to stop the running of the statute of limitations.  However, at the time the action was commenced, the parties planned to participate in a multi-party mediation session before mediator, Randall Wulff of Wulff Quinby Sochynsky.  After the mediation session before Mr. Wulff, the Parties negotiated basic terms for a settlement that, when finalized, will result in a dismissal of this action.

    4.    The settlement negotiated by the Parties is taking additional time to finalize and document because it involves a complex liquidation, sharing and pass-through agreement.  The settlement is complex because it involves the Contract Disputes Act, the application of relevant FAR provisions, ongoing litigation between AMEC and Spectrum, and this pending case under the Miller Act.  Because the settlement entails a pass-through

---

[1] Defendant, Zurich American Insurance Company ("Zurich"), has been served with the Complaint but has not yet entered an appearance given the ongoing settlement negotiations, in an effort to minimize attorneys' fees.  SST has agreed to extend both Defendants' time to respond to the Complaint.

agreement, the final resolution of SST's claims in this case is dependent on the resolution of Spectrum's claims against AMEC as well.

5. The Parties and Spectrum continue to negotiate and exchange support for their claims under the Contract Disputes Act. Currently, SST has submitted all requested supporting documentation for its claims, and the Parties are awaiting final support for one of the claims asserted by Spectrum. The Parties hope to be able to agree on all of the detailed terms and finalize a settlement agreement within the next 30 days.

6. All defendants in this case have been served with the Complaint, and there have been three prior stipulations extending their time to respond. Defendants' response is now due on November 21, 2014.

7. On July 29, 2014, SST filed a declination of assignment to Magistrate LaPorte, and the case was thereafter assigned to this Court.

8. On July 31, 2014, the Clerk issued a notice setting the initial CMC in this Court for October 2, 2014.

9. On September 8, 2014, this Court entered an Order extending Defendants' time to respond to November 21, 2014 and continuing the Case Management Conference until December 11, 2014.

10. The Parties wish to avoid the time and expense of responding to the Complaint, making initial Rule 26 disclosures, engaging in a Rule 26(f) conference, and preparing for and attending the CMC, while they finalize and document the settlement they have negotiated. This settlement, when finalized and documented, will result in a dismissal of this case.

11. The Parties, therefore, respectfully request that: (1) Defendants' time to respond to the Complaint be extended to and including January 20, 2015; (2) the CMC be continued for 60 days, until early February, 2015 on a date convenient to the Court; and (3) the dates for filing the Rule 26(f) report, completing initial disclosures, and filing the Joint CMC statement be continued until one week before the new CMC date.

Schiff Hardin LLP
Attorneys At Law
San Francisco

- 3 -  CASE NO. 3:14-CV-02871-RS
**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND EXTENDING TIME TO RESPOND TO COMPLAINT**

| | | |
|---|---|---|
| 1 | Dated:   November 18, 2014 | Respectfully submitted, |
| 2 | | SCHIFF HARDIN LLP |

By: */s/ Rocky N. Unruh*
    Rocky N. Unruh (SBN 84049)
    runruh@schiffhardin.com
    One Market, Spear Street Tower, Suite 3200
    San Francisco, CA 94105
    Telephone: 415-901-8700
    Facsimile: 415-901-8701

BRADLEY ARANT BOULT CUMMINGS LLP
    E. Mabry Rogers (*pro hac vice* application to be submitted)
    mrogers@babc.com
    D. Bryan Thomas (*pro hac vice* application to be submitted)
    dbthomas@babc.com
    One Federal Place
    1819 Fifth Ave.
    North Birmingham, AL 35203
    Telephone: 205-521-8000
    Facsimile: 205-521-8800

Attorneys for Plaintiff
SHARED SYSTEMS TECHNOLOGY, INC. (PULLMAN)

Dated:   November 18, 2014        KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Holly Gaudreau*
    Holly Gaudreau (SBN 209114)
    hgaudreau@kilpatricktownsend.com
    Eighth Floor, Two Embarcadero Center
    San Francisco, CA 94111
    Telephone: 415-576-0200
    Facsimile: 415-576-0300

    Chad V. Theriot (*pro hac vice* application to be submitted)
    ctheriot@kilpatricktownsend.com
    Elizabeth H. Crabtree (*pro hac vice* application to be submitted)
    lcrabtree@kilpatricktownsend.com
    11000 Peachtree Street NE, Suite 2800
    Atlanta, GA 30309-4528
    Telephone: 404-815-6500
    Facsimile: 404-815-6555

Attorneys for Defendants
AMEC ENVIRONMENT & INFRASTRUCTURE, INC.

Schiff Hardin LLP
Attorneys At Law
San Francisco

- 4 -   CASE NO. 3:14-CV-02871-RS
**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO RESPOND TO COMPLAINT**

# ORDER

Pursuant to the Parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendants' time to respond to the Complaint shall be extended to and including January 20, 2015;

2. The Case Management Conference shall be continued from December 11, 2014, until **February 12, 2015 at 10:00 a.m.;** and

3. All other deadlines associated with the Case Management Conference, including the filing of the Rule 26(f) report, completing initial disclosures, and filing the Joint Case Management Conference statement, shall be continued until one week before the new CMC date. The Parties shall comply with this Court's Standing Order re: Initial Case Management and the Standing Order for All Judges of the Northern District of California re: Contents of Joint Case Management Statements.

Dated: November 18, 2014

_____
Richard Seeborg
United States District Judge

44926-0000
SF\321180627.3

Schiff Hardin LLP
Attorneys At Law
San Francisco

- 5 -   CASE NO. 3:14-CV-02871-RS
**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO RESPOND TO COMPLAINT**