1  SCHIFF HARDIN LLP
   Eliot S. Jubelirer, CSB #61654
2  ejubelirer@schiffhardin.com
   Rocky N. Unruh, CSB #84049
3  runruh@schiffhardin.com
   One Market
4  Spear Street Tower, Suite 3200
   San Francisco, CA  94105
5  Telephone:    415-901-8700
   Facsimile:    415-901-8701
6
   BRADLEY ARANT BOULT CUMMINGS LLP
7  E. Mabry Rogers (*pro hac vice* application to be
   submitted)
8  mrogers@babc.com
   D. Bryan Thomas (*pro hac vice* application to be
9  submitted)
   dbthomas@babc.com
10 One Federal Place
   1819 Fifth Ave.
11 North Birmingham, AL  35203
   Telephone:    205-521-8000
12 Facsimile:    205-521-8800
13 Attorneys for Use Plaintiff
   SHARED SYSTEMS TECHNOLOGY, INC.
14 (PULLMAN)
15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
18
   UNITED STATES OF AMERICA for
19 the use and benefit of SHARED
   SYSTEMS TECHNOLOGY, INC.          Case No.  3:14-CV-02871-RS
20 (PULLMAN), a corporation,
21           Plaintiff,              **STIPULATION AND [~~PROPOSED~~]
                                     ORDER CONTINUING CASE
22 v.                                MANAGEMENT CONFERENCE AND
                                     EXTENDING TIME TO RESPOND TO
23 AMEC ENVIRONMENT &                COMPLAINT**
   INFRASTRUCTURE, INC., a
24 corporation; and ZURICH AMERICAN  Complaint Filed:  June 20, 2014
   INSURANCE COMPANY, a              Current CMC Date:  February 12, 2015
25 corporation,
26           Defendants.
27
28       Plaintiff, Shared Systems Technology, Inc. (Pullman) ("SST"), and defendant

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO.  3:14-CV-02871-RS
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND EXTENDING TIME TO RESPOND TO COMPLAINT

AMEC Environment & Infrastructure, Inc. ("AMEC") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to (1) an additional 60-day continuance of the Case Management Conference ("CMC") (and all dates associated therewith), currently set for February 12, 2015, and (2) an additional extension of Defendants' time to respond to the Complaint from January 20, 2015, to and including March 20, 2015.[1]  The Parties' stipulation is based on the following facts:

1.      SST filed a Complaint to Recover on Payment Bond (Miller Act) ("Complaint") on June 20, 2014.  The case was initially assigned to Magistrate Elizabeth LaPorte.

2.      The action arises out of a federal construction project to stabilize and repair exterior walls of the cellhouse on Alcatraz Island.  SST was a sub-subcontractor on the project; AMEC was the general contractor; and Zurich issued the Miller Act payment bond.

3.      SST commenced this action in June to stop the running of the statute of limitations.  However, at the time the action was commenced, the parties planned to participate in a multi-party mediation session before mediator, Randall Wulff of Wulff Quinby Sochynsky.  After the mediation session before Mr. Wulff, the Parties negotiated basic terms for a settlement that, if finalized, will result in a dismissal of this action.

4.      The settlement negotiated by the Parties has taken additional time to finalize and document because it involves a complex liquidation, sharing and pass-through agreement.  The settlement is complex because it involves the Contract Disputes Act, the application of relevant FAR provisions, ongoing litigation between AMEC and the subcontractor with which SST contracted, and this pending case under the Miller Act.

5.      The Parties and the subcontractor with which SST contracted have

_____

[1] Defendant, Zurich American Insurance Company ("Zurich"), has been served with the Complaint but has not yet entered an appearance given the ongoing settlement negotiations, in an effort to minimize attorneys' fees.  SST has agreed to extend both Defendants' time to respond to the Complaint.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -
CASE NO. 3:14-CV-02871-RS
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND EXTENDING TIME TO RESPOND TO COMPLAINT

1    continued to negotiate and exchange support for their claims under the Contract

2    Disputes Act.  The Parties are awaiting final support for one of the claims asserted by the

3    subcontractor with which SST contracted.  The Parties assure the Court that their

4    settlement is still on course, and they expect to finalize a settlement agreement within

5    the next 14 days.

6         6.     All defendants have been served with the Complaint, and there have been

7    three prior stipulations extending their time to respond.  Defendants' response was  due

8    on January 20, 2015, but no response was filed because it appeared the settlement would

9    soon be finalized.

10        7.     On July 29, 2014, SST filed a declination of assignment to Magistrate

11   LaPorte, and the case was thereafter assigned to this Court.

12        8.     On July 31, 2014, the Clerk issued a notice setting the initial CMC in this

13   Court for October 2, 2014.

14        9.     On September 8, 2014, Judge Richard Seeborg entered an Order extending

15   Defendants' time to respond to November 21, 2014 and continuing the CMC until

16   December 11, 2014.

17        10.    On November 18, 2014, Judge Seeborg entered an Order extending

18   Defendants' time to respond to January 20, 2015 and continuing the CMC until February

19   12, 2015.

20        11.    The Parties wish to avoid the time and expense of responding to the

21   Complaint, making initial Rule 26 disclosures, engaging in a Rule 26(f) conference, and

22   preparing for and attending the CMC, while they finalize and document the settlement

23   they have negotiated.  This settlement, when finalized and documented, will result in a

24   dismissal of this case.

25        12.    The Parties, therefore, respectfully request that:  (1) Defendants' time to

26   respond to the Complaint be extended to and including March 20, 2015; (2) the CMC be

27   continued for 60 days, until early April, 2015 on a date convenient to the Court; and (3)

28   the dates for filing the Rule 26(f) report, completing initial disclosures, and filing the

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -                                          CASE NO.  3:14-CV-02871-RS
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND EXTENDING TIME TO RESPOND TO COMPLAINT

1  Joint CMC statement be continued until one week before the new CMC date.

2  Dated:  February 2, 2015                    Respectfully submitted,

3                                              SCHIFF HARDIN LLP

4

5                                              By:/s/ Rocky N. Unruh

6                                                 Rocky N. Unruh (SBN  84049)
                                                  One Market Plaza, Spear Street Tower
7                                                 32nd Floor
                                                  San Francisco, CA  94105
8                                                 Telephone: 415-901-8700
                                                  Facsimile: 415-901-8701

9                                              BRADLEY ARANT BOULT CUMMINGS LLP
                                                  E. Mabry Rogers (*pro hac vice* application
10                                                to be submitted)
                                                  mrogers@babc.com
11                                                D. Bryan Thomas (*pro hac vice* application
                                                  to be submitted)
12                                                dbthomas@babc.com
                                                  One Federal Place
13                                                1819 Fifth Ave.
                                                  North Birmingham, AL  35203
14                                                Telephone: 205-521-8000
                                                  Facsimile: 205-521-8800
15
                                                  Attorneys for Plaintiff
16                                                SHARED SYSTEMS TECHNOLOGY, INC.
                                                  (PULLMAN)
17

18

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Dated:  February 2, 2015              KILPATRICK TOWNSEND & STOCKTON
                                          LLP
2

3

4                                         By:/s/ Holly Gaudreau
                                             Holly Gaudreau (SBN 209114)
5                                            hgaudreau@kilpatricktownsend.com
                                             Eighth Floor, Two Embarcadero Center
6                                            San Francisco, CA  94111
                                             Telephone: 415-576-0200
7                                            Facsimile: 415-576-0300

8                                            Chad V. Theriot (*pro hac vice* application to
                                             be submitted)
9                                            ctheriot@kilpatricktownsend.com
                                             Elizabeth H. Crabtree (*pro hac vice*
10                                           application to be submitted)
                                             lcrabtree@kilpatricktownsend.com
11                                           11000 Peachtree Street NE, Suite 2800
                                             Atlanta, GA  30309-4528
12                                           Telephone: 404-815-6500
                                             Facsimile: 404-815-6555
13
                                             Attorneys for Defendants
14                                           AMEC ENVIRONMENT &
                                             INFRASTRUCTURE, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 5 -                                              CASE NO.  3:14-CV-02871-RS
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND EXTENDING TIME TO RESPOND TO COMPLAINT

1

**ORDER**

2      Pursuant to the Parties' stipulation and for good cause shown, IT IS HEREBY

3  ORDERED that:

4      1.      Defendants' time to respond to the Complaint shall be extended to and

5  including March 20, 2015;

6      2.      The Case Management Conference shall be continued from February 5,

   April 9, 2015
7  2015, until _____ at 10:00 a.m.; and

8      3.      All other deadlines associated with the Case Management Conference,

9  including the filing of the Rule 26(f) report, completing initial disclosures, and filing the

10  Joint Case Management Conference statement, shall be continued until one week before

11  the new CMC date.  The Parties shall comply with this Court's Standing Order re: Initial

12  Case Management and the Standing Order for All Judges of the Northern District of

13  California re: Contents of Joint Case Management Statements.

14

15  Dated: _February 3_____, 2015    _____

16                                    Richard Seeborg
                                      United States District Judge
17  44926-0000
    SF\321339340.1

18

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 6 -                                           CASE NO. 3:14-CV-02871-RS
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND EXTENDING TIME TO RESPOND TO COMPLAINT